Hillsborough,
June 22, 1939. } No. 3083.

WILLIAM F. SWEENEY, (*McTee & Co., Inc., Plaintiff in Interest.*)

*v.*

HENRY A. LAGASSE.

*Maurice A. Broderick,* for the plaintiff, furnished no brief.

*Alvin A. Lucier,* for the defendant, furnished no brief.

*Per Curiam.* The record contains no evidence except the letter from Albert to Lavoie and the receipt given by Mr. Broderick to Miss Lesieur. The former sustains the finding of the referee that it was agreed that $50 should be paid and received in full settlement. The ruling made necessarily follows the finding.

*Judgment affirmed.*